STATE v. STIGALL

No. 39P89.

Case below: 92 N.C. App. 245.

Petition by defendant for writ of certiorari to the North Carolina Court of Appeals denied 5 April 1989.

STATE v. SUMMERS

No. 57P89.

Case below: 92 N.C. App. 453.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 5 April 1989.

STATE v. VANDIVER

No. 101PA89.

Case below: 92 N.C. App. 695.

Petition by the State for discretionary review pursuant to G.S. 7A-31 allowed 5 April 1989. Petition by defendant for discretionary review pursuant to G.S. 7A-31 allowed 5 April 1989. Petition by the State for writ of supersedeas to stay the judgment of the Court of Appeals allowed 5 April 1989.

STATE v. WILLIS

No. 73P89.

Case below: 92 N.C. App. 494.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 5 April 1989.

STATE EX REL. UTILITIES COMM. v.
NANTAHALA POWER AND LIGHT CO.

No. 93PA89.

Case below: 91 N.C. App. 545.

Petition by plaintiff Utilities Commission for discretionary review pursuant to G.S. 7A-31 allowed 5 April 1989. Petition by plaintiff Attorney General for discretionary review pursuant to G.S. 7A-31 allowed 5 April 1989.